

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298


Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com


April 4, 2022


**VIA ECF**

Magistrate Judge Anne Y. Shields
100 Federal Plaza
P.O. Box 840
Central Islip, New York 11722
Courtroom 840

**Re:**    *Anderson St. John v. ADESA, Inc.*, Case No. 2:22-cv-01257-GRB-AYS

Dear Magistrate Judge Shields:

      This firm represents Defendant ADESA, Inc. ("ADESA") in the above-referenced action.  Pursuant to Your Honor's Individual Practice Rule III, we write to request an extension of ADESA's time to respond to the Complaint filed by Plaintiff Anderson St. John ("Plaintiff").  The original response deadline is April 6, 2022.  ADESA requests that its deadline to respond to the Complaint be extended to May 6, 2022.  This is ADESA's first request for an extension of time to respond to the Complaint.  Plaintiff consents to ADESA's request.


Sincerely,


*/s/ Eli Z. Freedberg*

Eli Z. Freedberg
Shareholder

EZF