# EXHIBIT A

**CERTIFICATE NO.**
-1-

**MEMBERSHIP INTEREST**
100%

## ADESA NEW YORK, LLC
**Organized under the laws of the State of New York**

This certifies that ADESA, Inc. is the owner of One Hundred Percent (100%) of the membership interest of ADESA New York, LLC (the "Company") transferable only on the books of this Company in person or by attorney upon surrender of this certificate properly endorsed.

IN WITNESS WHEREOF, the Company has caused this certificate to be signed by its duly authorized representatives this 12th day of June, 2007.

_____
James P. Hallett, Manager

_____
Paul J. Lips, Manager

The membership interest represented by this certificate was acquired for investment only and not for resale. It has not been registered under the Federal Securities Act of 1933, as amended, or any state securities law. The membership interest may not be sold, transferred, pledged or hypothecated unless first registered under such laws, or unless the Company has received an opinion of counsel satisfactory to it that registration under such laws is not required.

The Company shall furnish to the holder of this certificate, on request in writing and without charge, a summary of the designations, relative rights, preferences, and limitations applicable to the membership interest.

The units represented by this certificate are subject to, and transferable only in accordance with certain restrictions on transfer contained in the Operating Agreement, a copy of which is on file with the Company.

This certificate evidences an interest in ADESA New York, LLC and shall be a security for purposes of Article 8 of the Uniform Commercial Code as in effect in the state of its jurisdiction of formation.

ADESA NEW YORK, LLC

100% of Membership Interest

ADESA, Inc.

June 12, 2007

## CERTIFICATE POWER

FOR VALUE RECEIVED, the undersigned hereby pledges, sells, assigns and transfers unto _____, 100% of the membership interest (the "Interest") of ADESA New York, LLC, a limited liability company organized under the laws of the state of New York (the "Company"), standing in its name on the books of the Company represented by Certificate No. 1 attached hereto, and does hereby irrevocably constitute and appoint _____ as its attorney-in-fact with full power of substitution to transfer the Interest on the books of the Company.

Dated: _____

ADESA, INC.

By: _____

Name: James P. Hallett

Title: President & CEO