**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANDERSON ST. JOHN, *individually and on behalf of all others similarly situated*,

                Plaintiff,

        - against -

ADESA, INC.,

                Defendant.
-----------------------------------------------------------X

**JUDGMENT**
CV 22-1257 (GRB) (AYS)

A Memorandum of Decision and Order of Honorable Gary R. Brown, United States District Judge, having been filed on September 21, 2023, granting Defendant's motion to join ADESA NY as a necessary party, granting Defendant's motion to dismiss under Federal Rule of Civil Procedure 12(b)(1), and dismissing this matter without prejudice to its refiling in state court, it is

**ORDERED AND ADJUDGED** that Plaintiff Anderson St. John take nothing of Defendant ADESA, Inc.; that Defendant's motion to join ADESA NY as a necessary party is granted; that Defendant's motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) is granted; that this matter is dismissed without prejudice to its refiling in state court; and that this case is closed.

Dated: September 22, 2023
       Central Islip, New York

                                                    BRENNA B. MAHONEY
                                                    CLERK OF COURT

                                   BY:    /S/ JAMES J. TORITTO
                                                            DEPUTY CLERK