**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**ANDERSON ST. JOHN, individually and on behalf of all others similarly situated,**

        **Plaintiff,**

    **v.**

**ADESA, INC.,**

        **Defendant.**

Case No.: 22 CV 1257 (GRB)

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Anderson St. John, individually and on behalf of all others similarly situated, hereby appeals to the United States Court of Appeals for the Second Circuit from the Final Judgment entered in this action on September 22, 2023 and all antecedent orders, including but not limited to the Memorandum of Decision and Order entered on September 21, 2023.

Dated: New York, New York
       October 20, 2023

/s/ Denise A. Schulman
D. Maimon Kirschenbaum
Denise A. Schulman
Josef Nussbaum
JOSEPH & KIRSCHENBAUM LLP
32 Broadway, Suite 601
New York, NY 10004
212-688-5640

*Attorneys for Plaintiff and the putative class*