FILED
CLERK

7/22/2025 10:30 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANDERSON ST. JOHN, individually and on behalf of all other persons similarly situated,

    Plaintiff,

-against-

ADESA, INC.,

    Defendant.

Case No.: 2:22-cv-01257-GRB-AYS

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, and ordered by the Court, that the above-captioned action and all causes of action that were or could have been asserted therein are dismissed *with prejudice* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and without costs, disbursements or attorneys' fees to any party, except as provided for in the parties' settlement agreement or otherwise agreed to between the parties.

| | |
|---|---|
| **JOSEPH & KIRSCHENBAUM LLP** | **LITTLER MENDELSON P.C.** |
| By: /s/ Denise A. Schulman | By: /s/ Eli Z. Freedberg |
| Denise A. Schulman | Eli Z. Freedberg |
| 32 Broadway, Suite 601 | 900 Third Avenue, 8th Floor |
| New York, New York 10004 | New York, New York 10022 |
| Tel: (212) 688-5640 | Tel: (212) 583-9600 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: 7/22/2025
So Ordered. The Clerk of the Court is directed to close this case.
*/s/ Gary R. Brown*
GARY R. BROWN, U.S.D.J.